No. 07-15-00222-CR

| | | |
|---|---|---|
| Don Eric Wolters<br>  Appellant | § | From the 181st District Court<br>  of Randall County |
| | § | |
| v. | | November 20, 2015 |
| | § | |
| The State of Texas<br>  Appellee | § | Opinion Per Curiam |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated November 20, 2015, it is ordered, adjudged and decreed that the appeal is abated and the cause is remanded to the 181st District Court of Randall County, Texas for further proceedings in accordance with this Court's opinion entered this day.

o O o